UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>　　Defendant-Appellee. | Case No. 25-4066 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Defendant-Appellee Mayo Foundation for Medical Education and Research certifies[1] as follows:

 **X** The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

  **Mayo Foundation for Medical Education and Research is a Minnesota non-profit corporation and no publicly held company owns 10% or more of its stock. Mayo Foundation for Medical Education and Research is a subsidiary of Mayo Clinic, which is a Minnesota non-profit corporation, has no parent company, and no publicly held company owns 10% or more of its stock.**

 ☐ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

<u>June 4, 2025</u>
Date

/s/ *Milo Steven Marsden*
Milo Steven Marsden
Maryann Bauhs*
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

Andrew Brantingham*
Michael Rowe
Brock Huebner
DORSEY & WHITNEY LLP
50 South 6th Street #1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
brantingham.andrew@dorsey.com
rowe.michael@dorsey.com
huebner.brock@dorsey.com

*Attorneys for Defendant Mayo Foundation for Medical Education and Research*

*Application for Admission Pending

# CERTIFICATE OF SERVICE

I hereby certify that:

    **X**    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                  [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

<u>June 4, 2025</u>
Date

 <u>/s/ *Milo Steven Marsden*</u>
Signature