UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

SHERRY TERESA, individually and on behalf of all others similarly situated,

v.

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH

Case No. 25-4066

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Mayo Foundation for Medical Education and Research
_____
[Party or Parties][1]

_____

Defendant-Appellee_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

[See Attached Page]
_____        _____
Name of Counsel                         Name of Counsel

_____        _____
Signature of Counsel                    Signature of Counsel

_____        _____
Mailing Address and Telephone Number    Mailing Address and Telephone Number

_____        _____
E-Mail Address                          E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Mayo Foundation for Medical Education and Research, Defendant-Appellee in the above-captioned case

Milo Steven Marsden
*/s/ Milo Steven Marsden*
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
marsden.steve@dorsey.com

Maryann Bauhs*
*/s/ Maryann Bauhs*
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
bauhs.maryann@dorsey.com

Michael Rowe
*/s/ Michael Rowe*
DORSEY & WHITNEY LLP
50 South 6th Street #1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
rowe.michael@dorsey.com

Brock Huebner
*/s/ Brock Huebner*
DORSEY & WHITNEY LLP
50 South 6th Street #1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
huebner.brock@dorsey.com

Andrew Brantingham*
*/s/ Andrew Brantingham*
DORSEY & WHITNEY LLP
50 South 6th Street #1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
brantingham.andrew@dorsey.com

*Applications for Admission Pending

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

June 4, 2025
Date

/s/ Milo Steven Marsden
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ _____ I sent a copy of this Entry of Appearance
            [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

June 4, 2025
_____
Date

/s/ Milo Steven Marsden
_____
Signature