UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 6, 2025

Mr. Edwin Powell Miller
950 West University Drive, #300
Rochester, MI 48307

Mr. David W. Scofield
Peters Scofield
7430 Creek Road, Suite 303
Sandy, UT 84093

**RE:**     25-4066, Teresa v. Mayo Foundation for Medical Education and Research
Dist/Ag docket: 4:24-CV-00033-AMA

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Appellant's docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:   Maryann Bauhs
      Andrew Brantingham
      Brock Huebner
      Milo Steven Marsden
      Michael Edward Rowe


CMW/sls