UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

June 12, 2025

Mr. Edwin Powell Miller  
950 West University Drive, #300  
Rochester, MI 48307-0000

Mr. David W. Scofield  
Peters Scofield  
7430 Creek Road, Suite 303  
Sandy, UT 84093

RE: 25-4066, Teresa v. Mayo Foundation for Medical Education and Research  
Dist/Ag docket: 4:24-CV-00033-AMA  
SECOND NOTICE

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Appellant's docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, the appeal will be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Maryann Bauhs
Andrew Brantingham
Brock Huebner
Milo Steven Marsden
Michael Edward Rowe

CMW/sls