CIRCUIT MEDIATION OFFICE

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

July 1, 2025

Frank Hedin, Esq.
Hedin Law Firm
1395 Brickell Avenue, Suite 610
Miami, FL  33131

Milo S. Marsden, Esq.
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT  84111

RE:  No. 25-4066 – Sherry Teresa v. Mayo Foundation for Medical Education and Research

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Tuesday, July 15, 2025** at **2:00 PM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator